

# *Ninth Court of Appeals*

BE IT REMEMBERED:

        THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2013, present, Chief Justice STEVE MCKEITHEN and Justices DAVID B. GAULTNEY, CHARLES KREGER and HOLLIS HORTON.

        " Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated January 17, 2013, it is ordered that these causes be transferred to the Fourteenth Court of Appeals, at Houston, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the Fourteenth Court of Appeals.

| | |
|---|---|
| 09-12-601-CV | Farmers Texas County v. Ashlee Elizabeth Pagan |
| 09-12-603-CV | Robert Arnold v. City of Orange, Texas |
| 09-12-604-CV | Mutual of Omaha Life v. Johnny Costello |
| 09-13-002-CR | Johnathan Wayne Hunt v. State of Texas |
| 09-13-003-CR | Steven Keith Milliff v. State of Texas |
| 09-13-006-CR | Anataja Doniisha Harris v. State of Texas |
| 09-13-007-CR | Patrick Monroe Brown v. State of Texas |
| 09-13-008-CR | Patrick Monroe Brown v. State of Texas |
| 09-13-009-CR | Patrick Monroe Brown v. State of Texas |
| 09-13-010-CR | Patrick Monroe Brown v. State of Texas |
| 09-13-012-CV | Orange Assn. of Fire Fighters v. City of Orange, Texas et al |
| 09-13-013-CR | Erick Lionel Miller v. State of Texas |

        I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the Fourteenth District of Texas at Houston as appears of record in Minute Book Volume 17 Page 245."

        IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 24th of January 2013.

_____

Carol Anne Harley
Clerk of the Court